UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELVIN DUNN | CIVIL ACTION NO: _____ |
| VERSUS | JUDGE: _____ |
| MARQUETTE TRANSPORTATION COMPANY, LLC | MAGISTRATE: _____ |

## SEAMAN'S COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **KELVIN DUNN**, a citizen of the United States of the full age of majority, domiciled and residing in the Parish of Livingston, State of Louisiana, and for his complaint in this civil action for damages against the defendant, respectfully represents to this Honorable Court as follows:

PARTIES, JURISDICTION & VENUE

I.

Jurisdiction of these claims before this Honorable Court is based upon the Jones Act, 46 USC § 30104, and the General Maritime Law of Unseaworthiness and Maintenance and Cure.

II.

The venue for these claims is proper in accordance with Title 28 U.S.C. § 1391(b).

III.

Made defendant herein is **MARQUETTE TRANSPORTATION COMPANY, LLC,** upon information and belief, a Delaware corporation authorized to do and doing business in the State of Louisiana, including the territorial waters of Louisiana and the waters of the Gulf of Mexico, said defendant having its principle place of business in Louisiana located in the Parish of Jefferson.

FACTUAL ALLEGATIONS

IV.

At all pertinent times hereto, plaintiff, **KELVIN DUNN** was employed as a boat captain by **MARQUETTE TRANSPORTATION COMPANY, LLC** as a member of the crew of a fleet of vessels owned by said defendant, including but not limited to, the M/V ST. RITA, upon state waters in the Gulf of Mexico between Louisiana and Texas.

V.

At all pertinent times hereto, the vessel, M/V ST. RITA was, upon information and belief, under the custody and control of, owned and/or operated by defendant, **MARQUETTE TRANSPORTATION COMPANY, LLC.**

VI.

At all pertinent times, specifically including the date of the subject accident, August 21, 2015, petitioner **KELVIN DUNN**, was employed as a boat captain with **MARQUETTE TRANSPORTATION COMPANY, LLC** who was in the business of marine transportation services, including tow boat services in the Gulf of Mexico as well as inland waters in the states of Louisiana and Texas.

VII.

On August 21, 2015, petitioner was seriously and gravely injured while performing his duties as a captain aboard the vessel, M/V ST. RITA in state waters near Bolivar Peninsula in Galveston County, Texas.  More specifically, while he was off duty, petitioner was asked to check the engines and equipment in the engine room due to what appeared to be poor engine performance of the vessel.  At that time, petitioner descended a set of stairs into the engine room, at which time he encountered an extremely slippery substance on the engine room floor, causing

him to slip and fall resulting in numerous fractures to his hip and/or femur requiring emergency orthopedic surgery. Petitioner also suffered severe and permanent injury to his lumbar spine. It was later determined that the slippery substance encountered by Kelvin Dunn was diesel fuel which had been leaking from a generator in the engine room.

VIII.

At all pertinent times, defendant, **MARQUETTE TRANSPORTATION COMPANY, LLC,** was the Jones Act employer of petitioner, **KELVIN DUNN**, including at the time of the incident described above, and this defendant violated its non-delegable duty to provide petitioner with a safe place to work and a seaworthy vessel in the M/V ST. RITA. Accordingly, defendant is liable to petitioner for its negligence and for the unseaworthiness of their vessel.

IX.

Petitioner avers that the incident sued upon herein was caused by the unreasonably dangerous condition encountered in the engine room, said condition created by **MARQUETTE TRANSPORTATION COMPANY, LLC** in failing to properly service and maintain the M/V ST. RITA, as well as the unseaworthiness of said vessel. As owners and operators of this vessel, and as the employer of seaman, **KELVIN DUNN,** defendant herein is liable to petitioner for all damages resulting from the aforementioned accident.

X.

Petitioner was injured through the negligence and fault of defendant, **MARQUETTE TRANSPORTATION COMPANY, LLC,** its masters, crew, agents, servants and/or employees and/or vessel and those for whom it was responsible at the time of the aforementioned incidents, and by otherwise failing to provide petitioner with a safe place to work, and by otherwise failing to do what defendant should have done and in failing to provide a safe and seaworthy vessel.

More specifically, the leaking generator created an unreasonably dangerous condition to which defendant, **MARQUETTE TRANSPORTATION COMPANY, LLC** is liable.

XI.

Petitioner, as a result of the aforementioned incident, has suffered permanent and disabling injuries which have caused, and will cause damages as follows:

1. Loss of wages and fringe benefits, past, present and future, and loss of earning capacity, past, present and future, an amount reasonable in the premises to be determined at the trial of this matter;

2. Physical and mental pain and suffering, past and future, an amount reasonable in the premises to be determined at the trial of this matter;

3. Permanent disability and loss of enjoyment of life, an amount reasonable in the premises to be determined at the trial of this matter;

4. Medical expenses, past and future, an amount reasonable in the premises to be determined at the trial of this matter;

5. Loss of found, an amount reasonable in the premises to be determined at the trial of this matter;

6. Scarring and disfigurement, an amount reasonable in the premises to be determined at the trial of this matter; and

7. Any other damages recoverable under the law in amounts reasonable in the premises.

XII.

Additionally, petitioner, **KELVIN DUNN**, is entitled to and makes demand for maintenance and cure benefits from defendant and in the event such is not, or has not been

timely and properly paid, now or in the future, to receive damages in the form of punitive or exemplary damages, attorney's fees and costs from defendants for any wrongful and/or egregious failure to timely and properly pay maintenance and cure, and legal interest thereon.

**WHEREFORE**, petitioner, **KELVIN DUNN**, prays for judgment in his favor over and against defendant, **MARQUETTE TRANSPORTATION COMPANY, LLC,** for monetary damages, both general and special, in the full and true sum in amounts reasonable in the premises to be proven at the trial of this matter, in favor of **KELVIN DUNN**, plus costs of these proceedings and legal interest from the date of judicial demand until paid, and all other equitable and just relief, as well as punitive or exemplary damages and attorney's fees for any egregious failure to pay maintenance and cure to petitioner, plus all equitable and just relief to which petitioner is entitled.

Respectfully submitted:

**SAUNDERS & CHABERT**

_/s/ Henri M. Saunders_____
HENRI M. SAUNDERS, LSBA NO. 25236
SCOTTY E. CHABERT, JR., LSBA NO. 30434
CHEYENNE M. MOELLER, LSBA No. 35253
6525 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 771-8100
Facsimile: (225) 771-8101
hsaunders@saunderschabert.com