**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| KELVIN DUNN | CIVIL ACTION |
| VERSUS | NO. 16-13545 |
| MARQUETTE TRANSPORTATION | SECTION: L (5) |

# J U D G M E N T

Considering the Court's Findings of Fact and Conclusions of Law entered herein on September 6, 2017, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that on the basis of the above Findings of Facts and Conclusions of Law, there be judgment in favor of Plaintiff Kelvin Dunn and against Defendant Marquette Transportation Company, LLC, in the total amount of $3,359,718.87. This amount does not include deductions for past wages or other benefits Defendant paid Plaintiff after the date of the accident, which should be deducted.

IT IS FURTHER ORDERED that Plaintiff is entitled to pre-judgment interest on the above-mentioned past losses at the rate of 3% percent per annum from the date of judicial demand until satisfied. Furthermore, the Plaintiff is entitled to post-judgment interest at the federal judicial rate from the date of judgment until paid.

New Orleans, Louisiana, this 7th day of September, 2017.

Eldon E. Fallon

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**