UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELVIN DUNN | CIVIL ACTION NO: 16-13545 L(5) |
| VERSUS | JUDGE: ELDON E. FALLON |
| MARQUETTE TRANSPORTATION COMPANY, LLC | MAGISTRATE: MICHAEL NORTH |

*************************************************************************

## MOTION TO TAX COSTS PURSUANT TO RULE 68

NOW INTO COURT, through undersigned counsel, comes **KELVIN DUNN**, who, pursuant to Rule 68 of the Federal Rules of Civil Procedure and pursuant to the decree of this Court signed on September 7, 2017, moves that the Court tax as costs against the defendant, **MARQUETTE TRANSPORTATION COMPANY, LLC**, those costs set out in the attached Memorandum of Costs.

Respectfully submitted:

**SAUNDERS & CHABERT**

*/s/ Henri M. Saunders*
HENRI M. SAUNDERS, LSBA No. 25236
SCOTTY E. CHABERT, JR., LSBA No. 30434
6525 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 771-8100
Facsimile: (225) 771-8101
hsuanders@saunderschabert.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to counsel of record listed below by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 14th day of December, 2017.

*/s/ Henri M. Saunders*
HENRI M. SAUNDERS