UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KELVIN DUNN

VERSUS

MARQUETTE TRANSPORTATION
COMPANY, LLC

CIVIL ACTION NO: 16-13545 L(5)

JUDGE: ELDON E. FALLON

MAGISTRATE: MICHAEL NORTH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF COSTS

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared **HENRI M. SAUNDERS**, attorney for **KELVIN DUNN**, and domiciled in the Parish of East Baton Rouge, Louisiana, who, being duly sworn, deposed and said:

That the following list of fees, expenses, or "costs," under the heading of "Memorandum of Costs," is true and correct; that those costs were in fact incurred by/for **KELVIN DUNN** and that those costs were necessarily incurred for litigation of this case, including, but not limited to the trial on the merits.

## MEMORANDUM OF COSTS

Plaintiff, through his counsel, lists the costs itemized below which were incurred in this prosecution of this matter, and mover respectfully submits these costs should be taxed by this Court against defendant, **MARQUETTE TRANSPORTATION COMPANY, LLC**, as allowed under 28 U.S.C.A. § 1920, which states as follows:

> A judge or clerk of any court of the United States may tax as costs the following:
>
> > (1) Fees of the clerk and marshal;
> > (2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;

(3) Fees and disbursements for printing and witnesses;
(4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
(5) Docket fees under section 1923 of this title;
(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

In accordance with this statute, Kelvin Dunn submits the following:[1]

1. <u>Costs for depositions offered into evidence and/or used at trial:</u>

| | | | |
|---|---|---|---|
| a. | Trial Exhibit J18 - Deposition of Corey Crespo | Transcript | $ 284.04 |
| b. | Trial Exhibit P3 - Deposition of Junious Brown | Transcript | $ 246.67 |
| c. | Deposition of Walter Hayes<br>Used at trial on cross-examination. | Transcript | $ 362.91 |
| d. | Trial Exhibit P4 – Trial Deposition of Dr. Craig Greene | Transcript<br>Expert fee | $ 161.05<br>1,200.00 |
| e. | Trial Exhibit P5 – Trial Deposition of Dr. Kevin McCarthy | Transcript<br>Expert fee | $ 292.75<br>2,000.00 |
| f. | Trial Exhibit P6 – Trial Deposition of Dr. Jeremy Comeaux | Transcript<br>Expert fee | $ 369.35<br>1,200.00 |
| g. | Exhibit P7 – Trial Deposition of John W. Theriot, CPA<br>Expert Forensic Accountant (trial depo preparation) | Transcript<br>Expert fee | $ 614.80<br>3,248.50 |
| h. | Exhibit D19 – Deposition of Marquette Transportation Company, LLC | Transcript | $ 944.90 |
| i. | Exhibit D20 – Deposition of Dr. Christopher Cenac, Jr.<br>396 mi. @ 53.5/mile | Transcript<br>Mileage | $ 172.30<br>211.86 |
| j. | Deposition of Kelvin Dunn<br>Used in preparation for trial and at trial on cross-examination. | Transcript | $ 340.50 |

---

[1] Supporting invoices and payments are attached hereto as Exhibit A, in globo.

|   |   |   |   |
|---|---|---|---|
| k. | Deposition of Dr. Rachel Wissner<br>Used in preparation for trial and at trial as<br>Exhibit D17. | Transcript | $ 301.40 |

2. <u>Costs for depositions taken in preparation for trial:</u>

|   |   |   |   |
|---|---|---|---|
| a. | Ronnie Ducote, Vocational Rehab Expert<br>152.58 mi. @ 53.5/mile | Transcript<br>Expert Fee<br>Mileage | $ 385.70<br>750.00<br>81.63 |

3. <u>Fees of Experts who testified live at trial:</u>

|   |   |   |   |
|---|---|---|---|
| a. | Captain Greg Nicholls, Marine Safety Expert,<br>Helm Logistics (trial preparation, travel, and<br>testimony) | Expert Fee | $ 5,844.00 |
| b. | Stephanie Chalfin, Expert Vocational Rehabilitation<br>Counselor and Life Care Planner (trial preparation,<br>travel, and testimony) | Expert Fee | $ 3,789.30 |

4. <u>Filing and Services Fee:</u>

|   |   |   |   |
|---|---|---|---|
| a. | Filing Complaint in EDLA | Filing Fee | $ 400.00 |
| b. | 2 C's Investigative Services LLC<br>Subpoena on John Theriot for trial testimony | Service Fee | $ 75.00 |
| c. | 2 C's Investigative Services LLC<br>Subpoena's on Landry Kirk, Byron Thompson,<br>Denny Fromenthal and Ronnie Dupuy for trial testimony | Service Fee | $ 150.00 |

5. <u>Other trial related expenses:</u>

|   |   |   |   |
|---|---|---|---|
| a. | Queen and Crescent Hotel<br>Lodging for trial on 07/10/17 – 07/12/17 | Lodging Fee | $ 571.96 |
| b. | Henri M. Saunders<br>Travel to/from New Orleans/Baton Rouge for trial<br>152.4 mi. @ 53.5/mile | Mileage | $ 81.53 |
| c. | Office Depot<br>Binders, exhibits and bench books for trial | Supply Fee | $ 179.31 |
| d. | Photocopies<br>Exhibits, deposition transcripts, and preparation<br>of bench books (3,126 copies @ $0.15/copy) | Copy Fee | $ 468.90 |
| e. | Trial Exhibit J8 - University of Texas Medical Branch | Copy Fee | $ 452.41 |

Certified medical records for trial

f.  Trial Exhibit J9 - Bone & Joint Clinic of Baton Rouge          Copy Fee      $     101.55
    Certified medical records for trial

g.  Trial Exhibit J10 - Peak Performance Physical Therapy          Copy Fee      $     123.75
    Certified medical records for trial

h.  Trial Exhibit J11 - Baton Rouge Orthopedic Clinic              Copy Fee      $      63.87
    Certified medical records for trial

                                                      **TOTAL**              **$25,469.94**


That the above-referenced "costs" are supported by the invoices and bills attached hereto and made a part hereof.

**THUS DONE AND SIGNED** in the Parish aforesaid on the 14th day of December, 2017, before Amal Mughrabi and Aubrey Larroquette, competent witnesses, who sign with appearer, and me, Notary, after due and complete reading of the whole.

WITNESSES:

_____

_____                          _____
                                                           HENRI M. SAUNDERS


                                          _____
                                                  NOTARY PUBLIC
                                            **Cheyenne Moeller**
                                          Notary Public No. 136867
                                    **In and** For East Baton Rouge Parish, LA
                                          My Commission is For Life