# 1. A. Trial Exhibit J18 – Deposition of Corey Crespo

*ACR Waco Federal Tax# 74-2969280*

*P.O. Box 1247*
*Waco, Texas 76703-1247*
*Associated Court Reporters, Inc.*
*Attorney Civil Process*

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/7/2017 | W-16202 |

### Bill To

Mr. Henri M. Saunders
SAUNDERS & CHABERT
6525 Perkins Road
Baton Rouge, Louisiana 70808

| | Terms | Job Name |
|---|-------|----------|
| | Net 30 | Hayes, Brown & Crespo |

| Description | Rate | Qty | Amount |
|-------------|------|-----|--------|
| Original & 1 copy of the oral deposition of WALTER HAYES taken on January 26th, 2017 | 362.91 | | 362.91 |
| Original & 1 copy of the oral deposition of JUNIOUS BROWN taken on January 26th, 2017 | 246.67 | | 246.67 |
| Original & 1 copy of the oral deposition of COREY CRESPO taken on January 26th, 2017 | 284.04 | | 284.04 |
| Cause No.: 16-13545 L(5) | | | |
| Style: KELVIN DUNN vs. MARQUETTE TRANSPORTATION COMPANY, LLC | | | |
| Court Reporter: Jo Ann Kelley | | | |

We appreciate your business.

| | | |
|---|---|---|
| **Total** | | $893.62 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $893.62 |

| Phone # | Web Site |
|---------|----------|
| 800-340-5881 | www.acrtx.com |

2/7/2017                        Virtual Terminal - Transaction Success - PayP



5472
Dunn
(E)

My Account > Virtual Terminal

Secure

## Virtual Terminal - Transaction Success

The transaction has been successfully processed.

| Receipt ID: 2660-7514-3872-6940 |
|---|

**Details**

| | |
|---|---|
| Item Name/Service: | Payment for Invoice # W-16202 |
| Transaction Type: | Sale |
| Net Order Amount: | $893.62 USD |
| Shipping: | $0.00 USD |
| Tax Amount: | $0.00 USD |
| Total: | $893.62 USD |

**Credit Card Information**

| | |
|---|---|
| Name: | Henri Saunders |
| Address: | 6525 Perkins Road<br>Baton Rouge, LA 70808<br>United States |
| Card Type: | MasterCard |
| Credit Card Number: | XXXX-XXXX-XXXX-7652 |
| AVS: | Y |

**Shipping Information**

| No shipping information has been specified |
|---|

Print this Page | Create Printable Packing Slip | Start a New Transaction

Copyright © 1999-2017 PayPal. All rights reserved.

# 1. B. Trial Exhibit P3 – Deposition of Junious Brown

*ACR Waco Federal Tax# 74-2969280*

*P.O. Box 1247*
*Waco, Texas 76703-1247*
*Associated Court Reporters, Inc.*
*Attorney Civil Process*

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/7/2017 | W-16202 |

Bill To

Mr. Henri M. Saunders
SAUNDERS & CHABERT
6525 Perkins Road
Baton Rouge, Louisiana 70808

| | Terms | Job Name |
|---|-------|----------|
| | Net 30 | Hayes, Brown & Crespo |

| Description | Rate | Qty | Amount |
|-------------|------|-----|--------|
| Original & 1 copy of the oral deposition of WALTER HAYES taken on January 26th, 2017 | 362.91 | | 362.91 |
| Original & 1 copy of the oral deposition of JUNIOUS BROWN taken on January 26th, 2017 | 246.67 | | 246.67 |
| Original & 1 copy of the oral deposition of COREY CRESPO taken on January 26th, 2017 | 284.04 | | 284.04 |
| Cause No.: 16-13545 L(5) | | | |
| Style: KELVIN DUNN vs. MARQUETTE TRANSPORTATION COMPANY, LLC | | | |
| Court Reporter: Jo Ann Kelley | | | |

We appreciate your business.

| | |
|---|---|
| **Total** | $893.62 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $893.62 |

| Phone # | Web Site |
|---------|----------|
| 800-340-5881 | www.acrtx.com |

2/7/2017                                    Virtual Terminal - Transaction Success - PayP



5472
Dunn
(E)

My Account > Virtual Terminal

Secure

# Virtual Terminal - Transaction Success

The transaction has been successfully processed.

|  |  |
|---|---|
| Receipt ID: | 2660-7514-3872-6940 |

**Details**

|  |  |
|---|---|
| Item Name/Service: | Payment for Invoice # W-16202 |
| Transaction Type: | Sale |
| Net Order Amount: | $893.62 USD |
| Shipping: | $0.00 USD |
| Tax Amount: | $0.00 USD |
| Total: | $893.62 USD |

**Credit Card Information**

|  |  |
|---|---|
| Name: | Henri Saunders |
| Address: | 6525 Perkins Road<br>Baton Rouge, LA 70808<br>United States |
| Card Type: | MasterCard |
| Credit Card Number: | XXXX-XXXX-XXXX-7652 |
| AVS: | Y |

**Shipping Information**

No shipping information has been specified

Print this Page| Create Printable Packing Slip| Start a New Transaction

Copyright © 1999-2017 PayPal. All rights reserved.

# 1. C. Deposition of Walter Hayes

*ACR Waco Federal Tax# 74-2969280*

*P.O. Box 1247*
*Waco, Texas 76703-1247*
*Associated Court Reporters, Inc.*
*Attorney Civil Process*

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/7/2017 | W-16202 |

Bill To

Mr. Henri M. Saunders
SAUNDERS & CHABERT
6525 Perkins Road
Baton Rouge, Louisiana 70808

| | Terms | Job Name |
|---|---|---|
| | Net 30 | Hayes, Brown & Crespo |

| Description | Rate | Qty | Amount |
|-------------|------|-----|--------|
| Original & 1 copy of the oral deposition of WALTER HAYES taken on January 26th, 2017 | 362.91 | | 362.91 |
| Original & 1 copy of the oral deposition of JUNIOUS BROWN taken on January 26th, 2017 | 246.67 | | 246.67 |
| Original & 1 copy of the oral deposition of COREY CRESPO taken on January 26th, 2017 | 284.04 | | 284.04 |
| Cause No.: 16-13545 L(5) | | | |
| Style: KELVIN DUNN vs. MARQUETTE TRANSPORTATION COMPANY, LLC | | | |
| Court Reporter: Jo Ann Kelley | | | |

We appreciate your business.

| | |
|---|---|
| **Total** | $893.62 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $893.62 |

| Phone # | Web Site |
|---------|----------|
| 800-340-5881 | www.acrtx.com |

2/7/2017

Virtual Terminal - Transaction Success - PayP

 PayPal

5472
Dunn
(E)

My Account > Virtual Terminal

Secure

## Virtual Terminal - Transaction Success

The transaction has been successfully processed.

| Receipt ID: 2660-7514-3872-6940 |
| --- |

**Details**

| | |
| --- | --- |
| Item Name/Service: | Payment for Invoice # W-16202 |
| Transaction Type: | Sale |
| Net Order Amount: | $893.62 USD |
| Shipping: | $0.00 USD |
| Tax Amount: | $0.00 USD |
| Total: | $893.62 USD |

**Credit Card Information**

| | |
| --- | --- |
| Name: | Henri Saunders |
| Address: | 6525 Perkins Road<br>Baton Rouge, LA 70808<br>United States |
| Card Type: | MasterCard |
| Credit Card Number: | XXXX-XXXX-XXXX-7652 |
| AVS: | Y |

**Shipping Information**

No shipping information has been specified

Print this Page | Create Printable Packing Slip | Start a New Transaction

Copyright © 1999-2017 PayPal. All rights reserved.

# 1. D. Trial Exhibit P4 – Trial Deposition of Dr. Craig Greene



# COURT REPORTERS of LOUISIANA LLC

9614 Brookline Ave.
Suite A (70809)
P.O. Box 40766
Baton Rouge, LA 70835

www.courtreportersla.com

Office (225) 201-9650
Fax (225) 201-9651
depos@courtreportersla.com

HENRI M. SAUNDERS
SAUNDERS & CHABERT
6525 PERKINS ROAD
BATON ROUGE, LA 70808

| Invoice Date | Invoice # |
|---|---|
| 4/25/2017 | 30574WK |

Case: KELVIN DUNN V MARQUETTE TRANSPORTATION COMPANY, LLC
Case #: 2:16-cv-13545-EEF-MBN
Witness: CRAIG GREENE, DR.
Date: 4/5/2017 1:00:00 PM
Rep: KELLY PERRIN, BOOK WORK

**Description**

COPY OF AN EXPERT TESTIMONY
COPY OF BLACK AND WHITE EXHIBITS

| | |
|---|---|
| Sub Total | $161.05 |
| Payments | $0.00 |
| Balance Due | $161.05 |

*Thank you for giving us this opportunity to work with you. Too often in the rush of business life we fail to say "Thanks" loud enough for you to hear it. But you can be sure that your business is not taken for granted. To serve you is a real privilege, and we are deeply grateful for your confidence and goodwill.*

PAYMENT DUE UPON RECEIPT OF INVOICE.
PLEASE INDICATE INVOICE NUMBER ON CHECK.
TAX ID# 80-0077439

**SAUNDERS LTD.**
A PROFESSIONAL CORP

13933

5472 KELVIN DUNN - DEPO

161.05



5/2/17          13933          COURT REPORTERS LOUISIANA LLC

$161.05

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

13933

IBERIABANK
84-7041/2652

Memo:   INV 30574WK; KELVIN DUNN

| DATE | AMOUNT |
|---|---|
| May 2, 2017 | $    161.05 |

PAY   One Hundred Sixty-One and 05/100 Dollars

TO THE
ORDER OF
COURT REPORTERS LOUISIANA LLC
PO·BOX 40766
BATON ROUGE, LA  70835

AUTHORIZED SIGNATURE

⑈013933⑈  ⑈265320113⑈

5472 Dunn

**Cynthia Ray**

| | |
|---|---|
| **From:** | Legal Mailbox <legal@brortho.com> |
| **Sent:** | Monday, January 30, 2017 11:31 AM |
| **To:** | Cynthia Ray |
| **Subject:** | RE: Kelvin Dunn |

Good morning,

I have the one hour regular deposition regarding Kelvin Dunn scheduled with Dr. Greene for Thursday, June 22nd @ 7:00 am. The fee of $1,200 for a regular depo is due one week prior. Make check payable to Baton Rouge Orthopaedic Clinic. Mail payment to 8080 Bluebonnet Blvd, Suite 1000, Baton Rouge, LA 70810. Our Tax ID is 72-1460193.

Please send me a copy of the notice when you have that ready.

Please be aware that we do have a 48 hour cancellation policy. If you need to cancel this deposition and you do so within 48 hours of the scheduled deposition, your money will be refunded or credited. If you cancel less than 48 hours, the fee is non-refundable.

We ask that when scheduling your court reporter, that no masked reporters be used. In other words, only those that use the typing machine.

Thank you,
Cynthia Pierre-Gilles
Legal Assistant

**SAUNDERS LTD.**
A PROFESSIONAL CORP

13955

5472 KELVIN DUNN - DR GREENE

1,200.00

5/16/17          13955          BATON ROUGE ORTHOPAEDIC CLINIC

$1,200.00



13955

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

Memo:   5472 KELVIN DUNN - DEPO

| DATE | | AMOUNT |
|---|---|---|
| May 16, 2017 | $ | 1,200.00 |

PAY   One Thousand Two Hundred and 00/100 Dollars

TO THE
ORDER OF   BATON ROUGE ORTHOPAEDIC CLINIC
8080 BLUEBONNET
SUITE 1000
BATON ROUGE, LA 70810

AUTHORIZED SIGNATURE

⑈013955⑈ ⑆2652704131⑆ 300000⑆55013⑈

# 1. E. Trial Exhibit P5 – Trial Deposition of Dr. Kevin McCarthy

# Judy P. Foust, Inc.
Certified Court Reporters
145 Saint Joseph Street
Baton Rouge, Louisiana 70802
(225) 344-2270 Phone   (225) 344-4046 Fax
Tax ID: 72-1273602

July 3, 2017

Mr. Henri M. Saunders
Saunders & Chabert
6525 Perkins Rd.
Baton Rouge, LA 70808

```
Invoice Number
17-0608SH* 21269
```

Re:  Kelvin Dunn vs. Marquette Transportation Co., LLC
     Case No. 16-13545

Description of Services

| | | |
|---|---|---|
| Original and One Copy of the Deposition of | Kevin McCarthy, MD | 272.75 |
| Compressed Transcript | Taken 06/08/17 | 20.00 |
| | Invoice total: | $292.75 |

Please, enclose copy of this invoice with payment.

Payment due upon receipt. Thank you.

5472 KELVIN DUNN - DEPO KEVIN                                                          292.75

7/11/17        14086        JUDY P FOUST, INC                                           $292.75

---

**SAUNDERS LTD.**                                    14086
A PROFESSIONAL CORP
OPERATING ACCOUNT                    IBERIABANK
6525 PERKINS ROAD                    84-7041/2652
BATON ROUGE, LA 70808
225-771-8100

                                     DATE              AMOUNT
Memo:   17-0608SH*21269; KELVIN DUNN
                                     Jul 11, 2017    $    292.75

PAY   Two Hundred Ninety-Two and 75/100 Dollars

TO THE        JUDY P FOUST, INC
ORDER OF      CERTIFIED COURT REPORTERS
              145 SAINT JOSEPH STREET
              BATON ROUGE, LA  70802-5739
                                     AUTHORIZED SIGNATURE

⑈"0 14086⑈"  ⑆265270413⑆:  200008456 7 1⑈"

5472

Dunn

# Bone and Joint Clinic of Baton Rouge, Inc.

7301 Hennessy Boulevard, Suite 200
Baton Rouge, Louisiana 70808

Telephone (225) 766-0050
FAX (225) 766-1499

P.O. Box 98035
Baton Rouge, Louisiana 70898-9035
www.bjcbr.com

5000 O'Donovan Boulevard, Suite 306
Walker, Louisiana 70785

**Orthopaedic Surgeons:**
Larry J. Messina, M.D.
(A Professional Medical Corporation)
William F. Hagemann, M.D.
(A Professional Medical Corporation)
Gerard L. Murtagh, M.D.
David M. Pope, M.D.
Joseph E. Broyles, M.D.

Kevin P. McCarthy, M.D.
Alan C. Schroeder, M.D.
Charles S. Walker, M.D.
C. Chambliss Harrod, M.D.
Michael A. Frierson, M.D.
Arthur E. Hess, M.D.

**Podiatric Surgeons:**
O. Christian Hall, D.P.M.
Patrick B. Hall, D.P.M.

**Physiatrist**
Christopher Belleau, M.D.

This is to acknowledge that a deposition has been scheduled with Dr. Kevin P. McCarthy, M.D. for the

following patient Kelvin Dunn . The deposition is

scheduled for 5:30 A.M./P.M. on 6/8/17 for the duration of one hour.

The fee for an oral deposition is $2000.00 per one hour and a video deposition is $2200.00 per one hour.

Any additional portion of an hour over the first hour will also be billed at the rate of one hour. The

deposition is non-refundable within 3 days of the scheduled deposition date. If the deposition is

cancelled 3 days prior to the scheduled date, then the fee will be refunded in full or credited to

the newly scheduled deposition date.

Tax ID: 72-1111762

SAUNDERS LTD
A PROFESSIONAL CORP

13954

5472 KELVIN DUNN - DR KEVIN P

2,000.00

5/16/17          13954          BONE & JOINT CLINIC OF BATON ROUGE

$2,000.00

---

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

13954

Memo:   5472 KELVIN DUNN - DEPO

| DATE | | AMOUNT |
|---|---|---|
| May 16, 2017 | $ | 2,000.00 |

PAY   Two Thousand and 00/100 Dollars

TO THE
ORDER OF   BONE & JOINT CLINIC OF BATON ROUGE
PO BOX 98035
BATON ROUGE, LA 70898

AUTHORIZED SIGNATURE

⑆013954⑆ ⑈265270413⑈ 20000845671⑇

Security features. Details on back.

# 1. F. Trial Exhibit P6 – Trial Deposition of Dr. Jeremy Comeaux

# Judy P. Foust, Inc.
## Certified Court Reporters
145 Saint Joseph Street
Baton Rouge, Louisiana 70802
(225) 344-2270 Phone   (225) 344-4046 Fax
Tax ID: 72-1273602

July 1, 2017

Mr. Henri M. Saunders
Saunders & Chabert
6525 Perkins Rd.
Baton Rouge, LA 70808

> **Invoice Number**
> **jpf17-0624 21264**

**Re:**  Kelvin Dunn vs. Marquette Transportation Co., LLC
Case No. 16-13545 L (5)

Description of Services

| | | |
|---|---|---|
| Original and One Copy of the Deposition of | Jeremy Comeaux, MD | 343.75 |
| Compressed Transcript | Taken 06/29/17 | 20.00 |
| Exhibit Copy | Taken 06/29/17 | 5.60 |
| | **Invoice total:** | **$369.35** |

Please, enclose copy of this invoice with payment.

Payment due upon receipt.  Thank you.

We now accept credit cards. Please call the office to arrange payment.

5472 KELVIN DUNN - DEPO OF                                                          369.35

7/11/17        14085       JUDY P FOUST, INC                                        $369.35

---

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

14085

Memo:    JPF17-0624 21264

| DATE | | AMOUNT |
|------|--|--------|
| Jul 11, 2017 | $ | 369.35 |

PAY    Three Hundred Sixty-Nine and 35/100 Dollars

TO THE
ORDER OF
JUDY P FOUST, INC
CERTIFIED COURT REPORTERS
145 SAINT JOSEPH STREET
BATON ROUGE, LA 70802-5739

AUTHORIZED SIGNATURE

⑈014085⑈ ⑆265270413⑆ 20000845671⑈

S472
Dunn

# *Diagnostic & Interventional Medicine*

## *Jeremy A Comeaux, M.D.*
### *Board Certified PM&R*

Saunders & Chabert Attorneys at Law
Attorney Henri Saunders

February 10, 2017

### Attorney Deposition Guidelines

**RE:** *Kelvin Dunn*
*DOB: 10.16.1980*
*Patient ID: 73631971*

A deposition is scheduled for *June 30, 2017 @ 3:30pm* with Dr. Jeremy A. Comeaux Sr., MD to discuss the treatment for Kelvin Dunn. Per our office policy, we need to receive payment on or before the scheduled appointment date.

- THE COST OF THIS DEPOSITION IS $1,200.00 PER HOUR; WITH A $500.00 NO SHOW/CANCELATION FEE.
- MUST CALL WITHIN 48 HOURS TO CANCEL. IF DEPOSITION IS ON A MONDAY PLEASE CONTACT THE OFFICE THE THURSDAY BEFORE FROM 8AM-5PM OR THE FRIDAY BEFORE FROM 8AM-12PM. YOU CAN LEAVE A VOICEMAIL.
- ANY SESSION THAT EXCEEDS OVER 1 HOUR WILL BE BILLED IN INCREMENTS.
- PLEASE BRING ANY ADDITIONAL CHECKS APPROPRIATE FOR YOUR SESSION.

Please mail all checks payable to:
*Diagnostic and Interventional Medicine LLC*
*Jeremy A Comeaux Sr., MD*
*15475 Airline Hwy Bldg C*
*Baton Rouge, LA. 70817-7314*

This letter will be emailed and the original letter will be mailed to your office.
If you have any questions or concerns, please do not hesitate to contact me. Thank you for cooperation.

Sincerely,
*Danielle Davis*
*PH: 225.408.2822*
*Fax: 225.408.2829*
*Email: davisd@primeoccmed.com*

*15475 Airline Hwy, Bldg C, Baton Rouge, LA. 70817*
*Phone: (225) 408-2820*
*Fax: (225) 408-2829*

5472 KELVIN DUNN - DEPO

1,200.00

| 5/16/17 | 13953 | DIAGNOSTIC AND INTERVENTIONAL MEDICINCE | $1,200.00 |

---



**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

**IBERIABANK**
84-7041/2652

13953

Memo:   5472 KELVIN DUNN - DEPO

| | DATE | | AMOUNT |
| PAY | May 16, 2017 | $ | 1,200.00 |

One Thousand Two Hundred and 00/100 Dollars

TO THE
ORDER OF   DIAGNOSTIC AND INTERVENTIONAL MEDICINCE
15475 AIRLINE HIGHWAY
BUILDING C
BATON ROUGE, LA 70815



AUTHORIZED SIGNATURE

⑈013953⑈ ⑈265270413⑈ 200008456 7 ⑈

# 1. G. Exhibit P7 – Trial Deposition of John W. Theriot

SAUNDERS LTD.
A PROFESSIONAL CORP

14139

5472 KELVIN DUNN - DEPO OF

614.80



| 7/27/17 | 14139 | U.S. LEGAL SUPPORT | | $614.80 |

---

SAUNDERS LTD.
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

14139

IBERIABANK
84-7041/2652

Memo:   140017175; KELVIN DUNN

DATE                    AMOUNT

Jul 27, 2017

$    614.80

PAY   Six Hundred Fourteen and 80/100 Dollars

TO THE
ORDER OF
U.S. LEGAL SUPPORT
PO BOX 4772-14
HOUSTON, TX 77210-4772

AUTHORIZED SIGNATURE

⑆014139⑆ ⑉265270⑊13⑉   ⑈00001 50 0⑈

# I N V O I C E

U.S. Legal Support
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Phone:504-264-6650   Fax:504-264-6610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140017175 | 7/5/2017 | 244204 |
| **Job Date** | **Case No.** | |
| 6/23/2017 | 1613545L5 | |
| **Case Name** | | |
| Kelvin Dunn v. Marquette Transportation Company, L.L.C. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Henri Saunders
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808

DEPOSITION OF:
   John Theriot

614.80

**TOTAL DUE >>>**            $614.80
AFTER 8/19/2017 PAY          $707.02

Reference No.   : 5472

Thank you for your business. If you have any billing questions, please email swbilling@uslegalsupport.com. We will respond within 24 hours.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 225-771-8100   Fax:

*Please detach bottom portion and return with payment.*

Henri Saunders
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808

Job No.      : 244204            BU ID      : 9-NOLA
Case No.     : 1613545L5
Case Name    : Kelvin Dunn v. Marquette Transportation
               Company, L.L.C.

Invoice No. : 140017175          Invoice Date : 7/5/2017
**Total Due  : $ 614.80**
AFTER 8/19/2017 PAY .$707.02

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Remit To: **U.S. Legal Support**
          **P.O. Box 4772-14**
          **Houston, TX  77210-4772**

5472 KELVIN DUNN - EXPERT

3,248.50

11/20/17          14438          MALCOLM M DIENES, LLC

$3,248.5

---



**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

14438

IBERIABANK
84-7041/2652

Memo:   INV 44197; KELVIN DUNN

DATE                    AMOUNT

Nov 20, 2017                              $      3,248.50

PAY    Three Thousand Two Hundred Forty-Eight and 50/100 Dollars

TO THE        MALCOLM M DIENES, LLC
ORDER OF   611 N CAUSEWAY BLVD
                 METAIRIE, LA 70001

AUTHORIZED SIGNATURE

⑆01443⑆ ⑈265270413⑈ 200008456 7 1⑆

# Malcolm M. Dienes, LLC

### 611 N. Causeway Blvd.
### Metairie, LA 70001
### (504) 588-9288

Saunders & Chabert Attorneys at Law
6525 Perkins Road
Baton Rouge, LA 70808

**Dunn v Marquette Transportation Company, LLC**

Invoice No.   44197
Date          06/29/2017
Client No.    91195

| DATE | SERVICE | STAFF | HOURS | |
|------|---------|-------|-------|---|
| 05/31/2017 | Trial Preparation<br>Review file for deposition | Becker | 2.00 | |
| 06/01/2017 | Review Documents Supplied<br>Review opposing economist report and voc rehab report | Becker | 1.75 | |
| 06/19/2017 | Trial Preparation<br>Draft opposing expert comparison | Becker | 1.50 | |
| 06/20/2017 | Due Diligence<br>Prepare for trial deposition | Theriot | 1.50 | |
| 06/22/2017 | Review Documents Supplied<br>Review opposing expert report and vocational<br>rehabilitation report | Theriot | 1.75 | |
| 06/23/2017 | Due Diligence<br>Review of life care documents to assist with deposition<br>preparation. | Schellhaas | 0.50 | |
| 06/23/2017 | Expert Witness Testimony-Depo<br>Give deposition testimony | Theriot | 2.75 | |
| | | **Total For Services** | $ | 3,223.50 |
| 06/23/2017 | Parking<br>Parking fee for deposition on 6.23.17 | | | |
| | | **Total For Expenses** | | 25.00 |
| | | **Current Invoice Amount** | | 3,248.50 |
| | | **Prior Balance** | | 0.00 |
| | | **Total Amount Due** | $ | 3,248.50 |

| DATE | SERVICE | STAFF | HOURS |
|------|---------|-------|-------|

| 0 - 30 | 31- 60 | 61 - 90 | 91 - 120 | Over 120 | Balance |
|--------|--------|---------|----------|----------|---------|
| 3,248.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3,248.50 |

*Please return copy of invoice with payment*                    *Payment due upon receipt*

# 1. H. Exhibit D19 – Deposition of Marquette Transportation, LLC

# STATEMENT

U.S. Legal Support
363 N. Sam Houston Parkway East
Suite 1200
Houston, TX 77060
Phone:713-653-7100   Fax:713-653-7143

| Account No. | Date |
|---|---|
| F15955 | 4/3/2017 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $944.90 | $0.00 | $0.00 |

| 90 Days | 120 Days & Over | Total Due |
|---|---|---|
| $0.00 | $0.00 | $944.90 |

Accounts Payable
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 3/17/2017 | 140008708 | 944.90 | 2/21/2017 | Marquette Transportation Company | Kelvin Dunn v. Marquette Transportation Company, L.L.C. |

**Tax ID:** 76-0523238

Phone: 225-771-8100   Fax:

*Please detach bottom portion and return with payment.*

Accounts Payable
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808

Account No.   :   F15955
Date            :   4/3/2017

**Total Due**   :   **$ 944.90**

Remit To: **U.S. Legal Support**
            **P.O. Box 4772-14**
            **Houston, TX 77210-4772**

**SAUNDERS LTD.**
A PROFESSIONAL CORP

13892

5472 KELVIN DUNN - DEPO



944.90

4/13/17          13892          U.S. LEGAL SUPPORT

$944.90

---



**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

**IBERIABANK**
84-7041/2652

13892

Memo:   INV 140008708; KELVIN DUNN

DATE

AMOUNT

Apr 13, 2017

$   944.90

PAY   Nine Hundred Forty-Four and 90/100 Dollars

TO THE
ORDER OF   U.S. LEGAL SUPPORT
PO BOX 4772-14
HOUSTON, TX 77210-4772



AUTHORIZED SIGNATURE

⑈013892⑈ ⑆2652704113⑆ 70000⑈ ⑈...

# 1. I. Exhibit D20 – Deposition of Dr. Christopher Cenac, Jr.



**C**OURT
**R**EPORTERS
*of* **L**OUISIANA
LLC

9614 Brookline Ave.
Suite A (70809)
P.O. Box 40766
Baton Rouge, LA 70835

www.courtreportersla.com

Office (225) 201-9650
Fax (225) 201-9651
depos@courtreportersla.com

HENRI M. SAUNDERS
SAUNDERS & CHABERT
6525 PERKINS ROAD
BATON ROUGE, LA 70808

| Invoice Date | Invoice # |
|---|---|
| 7/5/2017 | 3111PR |

Case: KELVIN DUNN V MARQUETTE TRANSPORTATION COMPANY, LLC
Case #: 2:16-cv-13545-EEF-MBN
Witness: CHRISTOPHER CENAC, DR.
Date: 6/19/2017 5:30:00 PM
Rep: RHONDA SCALIA

5472

**Description**

COPY OF AN EXPERT TESTIMONY
COPY OF BLACK AND WHITE EXHIBITS

| | |
|---|---|
| Sub Total | $172.30 |
| Payments | $0.00 |
| Balance Due | $172.30 |

PLEASE INDICATE INVOICE NUMBER ON CHECK. THANK YOU
FOR BILLING INQUIRIES CONTACT BRITTANY McMILLON
TAX ID# 80-0077439
PAYMENT DUE UPON RECEIPT OF INVOICE.
WE NOW ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS
5% PROCESSING FEE

**SAUNDERS LTD.**
A PROFESSIONAL CORP

14375

5472 KELVIN DUNN - DEPO

172.30

10/24/17          14375          COURT REPORTERS LOUISIANA LLC                              $172.30

14375

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

Memo:   INV 3111PR; 5472 KELVIN DUNN

DATE                        AMOUNT

Oct 24, 2017            $        172.30

PAY   One Hundred Seventy-Two and 30/100 Dollars

TO THE
ORDER OF   COURT REPORTERS LOUISIANA LLC
           PO BOX 40766
           BATON ROUGE, LA  70835



AUTHORIZED SIGNATURE

⑈0ᴸᴸ337⑈  ⑈ᴸ7Ρ57Ρᴸᴸᴸ7⑈   ᴸᴿᴿᴿᴿᴿ: ᴿᴿ ᴿᴸ

# 1. J. Deposition of Kelvin Dunn



# COURT REPORTERS of LOUISIANA LLC

9614 Brookline Ave.
Suite A (70809)
P.O. Box 40766
Baton Rouge, LA 70835

www.courtreportersla.com

Office (225) 201-9650
Fax (225) 201-9651
depos@courtreportersla.com

HENRI M. SAUNDERS
SAUNDERS & CHABERT
6525 PERKINS ROAD
BATON ROUGE, LA 70808

| Invoice Date | Invoice # |
|---|---|
| 1/25/2017 | 29942WK |

Case: KELVIN DUNN V MARQUETTE TRANSPORTATION COMPANY, LLC
Case #: 2:16-cv-13545-EEF-MBN
Witness: KELVIN DUNN
Date: 1/16/2017 10:00:00 AM
Rep: RITA DEROUEN

**Description**

COPY OF LAY TESTIMONY
COPY OF COLOR EXHIBITS

| | |
|---|---|
| Sub Total | $340.50 |
| Payments | $0.00 |
| Balance Due | $340.50 |

*Thank you for giving us this opportunity to work with you. Too often in the rush of business life we fail to say "Thanks" loud enough for you to hear it. But you can be sure that your business is not taken for granted. To serve you is a real privilege, and we are deeply grateful for your confidence and goodwill.*

PROFESSIONAL CORP

13697

5472 KELVIN DUNN - DEPO

340.50

2/2/17          13697          COURT REPORTERS LOUISIANA LLC                    $340.50



**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

13697

IBERIABANK
84-7041/2652

Memo:   29942WK; KELVIN DUNN

DATE                    AMOUNT

Feb 2, 2017                  $        340.50

PAY   Three Hundred Forty and 50/100 Dollars

TO THE      COURT REPORTERS LOUISIANA LLC
ORDER OF   PO BOX 40766
            BATON ROUGE, LA 70835

AUTHORIZED SIGNATURE

⑈013697⑈ ⑆265270413⑆ 200008456711⑈

Security features. Details on back.

# 1. K. Deposition of Dr. Rachel Wissner



**C**OURT
**R**EPORTERS
*of* **L**OUISIANA
LLC

9614 Brookline Ave.
Suite A (70809)
P.O. Box 40766
Baton Rouge, LA 70835

www.courtreportersla.com

Office (225) 201-9650
Fax (225) 201-9651
depos@courtreportersla.com

HENRI M. SAUNDERS
SAUNDERS & CHABERT
6525 PERKINS ROAD
BATON ROUGE, LA 70808

| Invoice Date | Invoice # |
|---|---|
| 6/28/2017 | 3094PR |

Case:     KELVIN DUNN V MARQUETTE TRANSPORTATION COMPANY, LLC
Case #:   2:16-cv-13545-EEF-MBN
Witness:  RACHEL WISSNER, DR.
Date:     4/26/2017 2:00:00 PM
Rep:      TAMRA KENT

5472

**Description**

COPY OF LAY TESTIMONY
SCANNED EXHIBITS

| | |
|---|---|
| Sub Total | $301.40 |
| Payments | $0.00 |
| Balance Due | $301.40 |

PLEASE INDICATE INVOICE NUMBER ON CHECK. THANK YOU
FOR BILLING INQUIRIES CONTACT BRITTANY McMILLON
TAX ID# 80-0077439
PAYMENT DUE UPON RECEIPT OF INVOICE.
WE NOW ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS
5% PROCESSING FEE

SAUNDERS LTD
A PROFESSIONAL CORP.

14082

5472 KELVIN DUNN - RACHEL

301.40

7/11/17          14082 ·        COURT REPORTERS LOUISIANA LLC                    $301.40

14082



**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

Memo:   3094PR; KELVIN DUNN

DATE

AMOUNT

Jul 11, 2017                    $      301.40

PAY   Three Hundred One and 40/100 Dollars

TO THE
ORDER OF   COURT REPORTERS LOUISIANA LLC
PO BOX 40766
BATON ROUGE, LA 70835

AUTHORIZED SIGNATURE

⑈014082⑈ ⑆265270413⑆  200008456 7⑈

## 2. A. Ronnie Ducote, Vocational Rehab Expert

# I N V O I C E

U.S. Legal Support
1100 Poydras Street
Suite 2900
New Orleans, LA 70163
Phone:504-264-6650   Fax:504-264-6610

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 140017392 | 7/11/2017 | 244203 |
| **Job Date** | **Case No.** | |
| 6/19/2017 | 1613545L5 | |
| **Case Name** | | |
| Kelvin Dunn v. Marquette Transportation Company, L.L.C. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Henri Saunders
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808

---

ELECTRONIC ONLY ORIGINAL NO HARD COPY
   Ronnie J. Ducote, II, VRC
      Delivery Original Waived or After R&S

5472

385.70

**TOTAL DUE >>>**     **$385.70**
AFTER 8/25/2017 PAY     $443.56

Reference No. : 5472

Thank you for your business. If you have any billing questions, please email swbilling@uslegalsupport.com. We will respond within 24 hours.

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

**Tax ID:** 76-0523238

Phone: 225-771-8100    Fax:

---

*Please detach bottom portion and return with payment.*

Henri Saunders
Saunders & Chabert
6525 Perkins Road
Baton Rouge, LA 70808

Job No.     : 244203       BU ID     :9-NOLA
Case No.     : 1613545L5
Case Name   : Kelvin Dunn v. Marquette Transportation
           Company, L.L.C.

Invoice No. : 140017392     Invoice Date :7/11/2017
**Total Due : $ 385.70**
AFTER 8/25/2017 PAY $443.56

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |

Remit To: **U.S. Legal Support**
         **P.O. Box 4772-14**
         **Houston, TX 77210-4772**

**SAUNDERS LTD.**
A PROFESSIONAL CORP

14138

5472 KELVIN DUNN - DEPO

385.70



| 7/27/17 | 14138 | U.S. LEGAL SUPPORT | |
|---|---|---|---|

$385.70

14138



**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

Memo:   INV 140017392; KELVIN DUNN

DATE

AMOUNT

Jul 27, 2017

$   385.70

PAY   Three Hundred Eighty-Five and 70/100 Dollars

TO THE
ORDER OF.   U.S. LEGAL SUPPORT
PO BOX 4772-14
HOUSTON, TX 77210-4772

AUTHORIZED SIGNATURE

⑈0⑈⑈⑈⑈⑈⑈⑈⑈ ⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈ ⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈⑈



HENRI M. SAUNDERS*
SCOTTY E. CHABERT, JR †
CHEYENNE MOELLER

*A LAW CORPORATION
† ALSO ADMITTED IN MISSISSIPPI

**SAUNDERS & CHABERT**
ATTORNEYS AT LAW

TEL (225)771-8100
FAX (225)771-8101

HSAUNDERS@SAUNDERSCHABERT.COM
SCHABERT@SAUNDERSCHABERT.COM
CMOELLER@SAUNDERSCHABERT.COM

June 19, 2017

**Hand Delivered**
Seyler Favaloro
Attn: Ronnie Ducote
1615 Poydras Street, Ste. 1040
New Orleans, LA 70112

Re:     Kelvin Dunn v. Marquette Transportation Company, LLC
        Suit No.: 2:16-CV-13545; USDC Eastern District of Louisiana
        My File No.: 5472

Dear Mr. Ducote:

Enclosed you will find my firm check in the amount of $750.00 reflecting payment of your fee for deposition scheduled to take place today at 1:30 p.m.

Thanking you for your attention, and with kindest regards, I remain

Sincerely,

Henri M. Saunders
HMS/csr
Enclosure

6525 Perkins Road Baton Rouge, Louisiana 70808

**SAUNDERS LTD. A PROFESSIONAL CORP.**
OPERATING ACCOUNT
6525 PERKINS RD
BATON ROUGE, LA 70808
(225) 771-8100

4008

84-7041/2652

DATE June 19, 2014

PAY TO THE ORDER OF Seyler Favaloro

$ 750.00

Seven hundred fifty                                    DOLLARS

**IBERIABANK**

FOR 5472-Decote dep fee

⑈004008⑈ ⑆265270413⑆ 20000845671⑈

# 3. A. Captain Greg Nicholls, Marine Safety Expert, Helm Logistics



**HELM LOGISTICS**
Marine Consulting

Houston, Texas • San Juan, PR

Helm Logistics PR, LLC - US Mailing Address

2951 Marina Bay Dr., Suite 130-462
League City, Texas, 77573
Ph: (281) 330-1442
www.helmlogistics.com

Date:   July 14, 2017

Your Ref:   File No. 5472
Our Ref:   0426P/SCBR

Saunders & Chabert
Attn.: Mr. Henri M. Saunders
6525 Perkins Road
Baton Rouge, Louisiana  70808

RE:   Invoice No.: 1117-0416P-SCBR

Dear Sirs:

Please note our invoicing and billing terms are 30 Days Net; however, we are providing the following discount for timely payment for our services.

| Discounted Payment | Total Invoice | Total Savings |
|---|---|---|
| **10% Discount if;** | | |
| Payment by Aug. 14, 2017 | $ 5,844.00 | $ 649.70 |
| After Aug. 15, 2017 | $ 6,493.70 | Full Invoice Amount |

Should you have any questions regarding our invoice or billing, please do not hesitate to contact our office at the above referenced numbers.

Best regards,

Capt. Gregg W. Nichols
*Master Mariner / Marine Consultant*

President - *Helm Logistics PR, LLC*

Personal Injury • Pilotage • Tugs • Towing • Mooring • Lightering Ops • Projects Ponte LTT....



**HELM LOGISTICS**
Marine Consulting

Houston, Texas • San Juan, PR

<u>Helm Logistics PR, LLC - US Mailing Address</u>

2951 Marina Bay Dr., Suite 130-462
League City, Texas, 77573
Ph: (281) 330-1442
www.helmlogistics.com

## <u>INVOICE NO.: 1117-0416P-SCBR</u>

Helm Logistics PR, LLC
Federal Tax I.D. No.:  66-0729604

Date:  July 14, 2017

Your Ref:    File No. 5472
Our Ref:     0416P/SCBR

Saunders & Chabert Attorneys at Law
Attn.: Mr. Henri M. Saunders
6525 Perkins Road
Baton Rouge, LA  70808

RE:    Civil Action No.:  16-13545 L(5)
       Kelvin Dunn vs. Marquette Transportation Company, LLC

In the United States District Court for the Eastern District of Louisiana

The following is a list of time and expenses associated with marine consulting services provided in
the above referenced matter.

**Final Billing**
<u>Associated Time & Expenses:</u>

| | | |
|---|---|---:|
| 1.) | New Document Review & Trial Prep; 6.5 hrs. @ $300 p/hr. | $ 1,950.00 |
| 2.) | Trial Attd / New Orleans; 9.5 hrs. @ $300 p/hr. | $ 2,850.00 |
| 3.) | R/Trip Travel Time / Houston – New Orleans 11.0 hrs. @ $100 p/hr. | $ 1,100.00 |
| | R/Trip Mileage = 680 @ $0.535 p/mi. | $   363.80 |
| 4.) | Travel Expenses / Receipts Attached; NOLA Hotel | $   229.90 |
| | Parking / Courthouse NOLA | $    34.00 |

Total Invoice:      $ 6,493.70

Terms 30 Days Net
Please make check payable to Helm Logistics PR, LLC
(See attached sheet for Mailing Address and Wire Transfer Information)

*Personal Injury • Pilotage • Tugs • Towing • Mooring • Lightering Obs • Projects  Ports / Terminals*

# Helm Logistics PR, LLC

Helm Ref:

## File Time Sheet

Client Ref:

Job No.: 0416P/SCBR
Trial Prep Attd

File No.: 5472
Kelvin Dunn

| No. | Date | Description | Rate | Time | Hours | Travel Time |
|-----|------|-------------|------|------|-------|-------------|
| 1.) | 19-Jun-17 | Review Defense Expert Report | $300 | 1000 – 1130 | 1.5 | |
| 2.) | 7-Jul-17 | Trial File Binder Set-up and Document Review | $300 | 1800 – 2000 | 2.0 | |
| 3.) | 8-Jul-17 | Tiral Prep & Dcoument Review | $300 | 1400 – 1600 | 2.0 | |
| 4.) | 9-Jul-17 | Travel Time / Hou – NOLA | $100 | 1600 – 2130 | | 5.5 |
| 5.) | 10-Jul-17 | Trial Attd Trial Prep & Document Review | $300 | 0900 – 1700 2000 – 2100 | 8.0 1.0 | |
| 6.) | 11-Jul-17 | Trial Attd | $300 | 0900 – 1030 | 1.5 | |
| | | Return Travel / NOLA – Hou | $100 | 1300 – 1830 | | 5.5 |
| | | R/Trip Mileage = 680 mi. Billed at $0.535 p/mi. | | | | |
| | | **Total Time** | | | 16.0 | 11.0 |



**HELM LOGISTICS**
Maritime Consultants

Houston, Texas • San Juan, PR

Helm Logistics PR, LLC - US Mailing Address

2951 Marina Bay Dr., Suite 130-462
League City, Texas, 77573
Ph: (281) 330-1442
www.helmlogistics.com

## Payment Information

Helm Logistics PR, LLC
Federal Tax I.D. No.:  66-0729604

**U.S. Mailing Address:**

Helm Logistics PR, LLC
2951 Marina Bay Dr., Suite 130-462
League City, Texas  77573

Please make checks payable to **Helm Logistics PR, LLC**

**Bank Details for Wire Transfer Payments:**

Bank Information:

Chase Bank
2620 E. League City Pkwy.
League City, Texas  77573 (USA)

Chase Bank Swift Code:  CHASUS33

Helm Logistics, LLC – Account Information:

Bank Routing No.:   111000614
Bank Account No.:   1811905744

*Personal Injury • Pilotage • Tugs • Towing • Mooring • Lightering Ops • Projects Parts / Transportation*

**SAUNDERS LTD.**
A PROFESSIONAL CORP

14167

572 KELVIN DUNN - CONSULTING



5,844.00

8/8/17          14167          HELM LOGISTICS

$5,844.00

---



**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

14167

Memo:   INV 1117-0416P-SCBR; KELVIN DU

DATE

AMOUNT

Aug 8, 2017

$          5,844.00

PAY   Five Thousand Eight Hundred Forty-Four and 00/100 Dollars

TO THE
ORDER OF    HELM LOGISTICS
2951 MARINA BAY DRIVE
SUITE 130-462
LEAGUE CITY, TX 77573

AUTHORIZED SIGNATURE

# 3. B. Stephanie Chalfin, Expert Vocational Rehabilitation Counselor and Life Care Planner

Stephanie P. Chalfin, M.S.

8034 Jefferson Highway
Baton Rouge, LA 70809
(225) 248-0082
Fed. Tax # 72-1285568

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/11/2017 | 2470 |

**Bill To**

Dunn, Kelvin
Mr. Henri Saunders
Attorney at Law
6525 Perkins Road
Baton Rouge, LA 70808

| | Project |
|---|---------|
| | |

| Serviced | Item | Description | Qty | Rate | Amount |
|----------|------|-------------|-----|------|--------|
| 7/8/2017 | Professional Se... | Review of supplemental depositions-Dr. Comeaux, Dr. Cenac, Dr. McCarthy, John Theriot and Ducote | 3.6 | 210.00 | 756.00 |
| 7/9/2017 | Professional Se... | Review of Ducote and Dr. Cenac reports & labor market research of the jobs listed by Ducote | 2.7 | 210.00 | 567.00 |
| 7/9/2017 | Professional Se... | Review of Entire File for Trial | 1.5 | 210.00 | 315.00 |
| 7/10/2017 | Testimony | Testimony | 5.5 | 375.00 | 2,062.50 |
| | Mileage | Mileage | 148 | 0.60 | 88.80 |

| Total | $3,789.30 |
|-------|-----------|
| **Balance Due** | $3,789.30 |

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---------|------|----------------|-------------|----------|-------------|
| | 12/14/17 | | 3,789.30 | 1.00 | 5472 KELVIN DUNN - JULY SVCS |

14489

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

**IBERIABANK**
84-7041/2652

Memo: INV 2470; KELVIN DUNN

| DATE | AMOUNT |
|------|--------|
| Dec 14, 2017 | 3,789.30 |

Three Thousand Seven Hundred Eighty-Nine and 30/100 Dollars

PAY

TO THE
ORDER OF

STEPHANIE P CHALFIN, MS
8034 JEFFERSON HWY
BATON ROUGE, LA  70809

AUTHORIZED SIGNATURE

⑆014489⑆ ⑆265270413⑆ 2000084567⑈

Security features. Details on back.

## 4. A. Filing Complaint in EDLA

**Cynthia Ray**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, August 03, 2016 4:08 PM |
| **To:** | Cynthia Ray |
| **Subject:** | Pay.gov Payment Confirmation: LAED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Kimberly Lange at (504) 589-7786.

Application Name: LAED CM ECF
Pay.gov Tracking ID: 25T4LKA5
Agency Tracking ID: 053L-5615623
Transaction Type: Sale
Transaction Date: Aug 3, 2016 5:08:07 PM

Account Holder Name: Henri Saunders
Transaction Amount: $400.00
Card Type: MasterCard
Card Number: ************7652

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

# 4. B. 2 C's Investigative Services, LLC Subpoena on John Theriot



2 C's Investigative Services LLC

14 Sherling Avenue
New Orleans, Louisiana 70121
Phone # 504-248-0957
Fax # 504-304-6778

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/24/2017 | 7699 |

**Bill To**

Henri Saunders
Saunders&Chabert
6525 Perkins Road
Baton Rouge, La. 70808

| Reference | Terms |
|-----------|-------|
| 5472 Kelvin Dunn | Due on receipt |

| Date | Item | Reference | Service Name / Address | Disposition | Amount |
|------|------|-----------|------------------------|-------------|--------|
| 5/24/2017 | PS PS | 5472 Kelvin Dunn Service name: John W. Theriot | 701 Metairie Rd. 611 N. Causeway Blvd. Met. La | Attempt 11:01am Completed 11:35am | 50.00 25.00 |

Symbols: PS-Process Service / AT-Attempt of Service
DB-Database / CF-File Return / INV-Investigations
WT-Wait Time / AH-After Hours / AR-Accident Report

| Total | $75.00 |
|-------|--------|

**SAUNDERS LTD.**
A PROFESSIONAL CORP

13976

5472 KELVIN DUNN -

75.00



5/25/17          13976          2 C'S INVESTIGATIVE SERVICES LLC

$75.00

---

13976

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

Memo:    INV 7699; KELVIN DUNN

| DATE | AMOUNT |
|---|---|
| May 25, 2017 | $ .75.00 |

PAY    Seventy-Five and 00/100 Dollars

TO THE
ORDER OF    2 C'S INVESTIGATIVE SERVICES LLC
14 SHERLING AVENUE
NEW ORLEANS, LA 70121

AUTHORIZED SIGNATURE

⑆013976⑈ ⑈265770L13⑈ 300000150010⑆

# 4. C. 2 C's Investigative Services, LLC Subpoena's on Landry Kirk, Byron Thompson, Denny Fromenthal and Ronnie Dupuy



2 C's Investigative Services LLC

14 Sherling Avenue
New Orleans, Louisiana 70121
Phone #  504-248-0957
Fax #  504-304-6778

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2017 | 7815 |

**Bill To**

Henri Saunders
Saunders&Chabert
6525 Perkins Road
Baton Rouge, La. 70808

| Reference | Terms |
|-----------|-------|
| 5472 Kelvin Dunn | Due on receipt |

| Date | Item | Reference | Service Name / Address | Disposition | Amount |
|------|------|-----------|------------------------|-------------|--------|
| 6/22/2017 | PS<br>PS<br>PS<br>PS | 5472 Kelvin Dunn | Mark Landry Kirk<br>Byron Thompson<br>Denny Fromenthal<br>Ronnie Dupuy | Completed<br>Completed<br>Completed<br>Completed | 135.00<br>5.00<br>5.00<br>5.00 |

Symbols: PS-Process Service / AT-Attempt of Service
DB-Database / CF-File Return / INV-Investigations
WT-Wait Time / AH-After Hours / AR-Accident Report

**Total** $150.00

**SAUNDERS LTD.**
A PROFESSIONAL CORP

14051

5472 KELVIN DUNN - SERVICE

150.00

6/27/17          14051          2 C'S INVESTIGATIVE SERVICES LLC

$150.00

14051

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

Memo:   INV 7815; KELVIN DUNN

| DATE | AMOUNT |
|---|---|
| Jun 27, 2017 | $   150.00 |

PAY   One Hundred Fifty and 00/100 Dollars

TO THE
ORDER OF   2 C'S INVESTIGATIVE SERVICES LLC
14 SHERLING AVENUE
NEW ORLEANS, LA 70121

AUTHORIZED SIGNATURE

⑈"0 ⅃⅄05 ⅃"⑈   ⑈:265 ⅄70⅃ ⅃⅄⑈"   ⅃00000⅃ 50 0⅃··

# 5. A. Queen and Crescent Hotel



# (800) 345-2028

**Reservation Details**

Your reservation is confirmed, and is paid in full. **Confirmation Number: R828973142**
Thank you for using NewOrleans.com!

An email has been sent to hsaunders@saunderschabert.com

**Q&C Hotel**
**Q&C Hotel**

★★★☆☆

344 Camp Street New Orleans, LA 70130

Total Charge **$265.11**
Check In **Monday, Jul 10, 2017**
Check Out **Wednesday, Jul 12, 2017**
Adults **1**

**Your Receipt**

## Q&C Hotel

| Guest | Henri Saunders |
| --- | --- |
| Arrive | Monday, July 10, 2017 |
| Depart | Wednesday, July 12, 2017 |
| Adults | 1 |
| Room | 1 Guest room, 1 King |

» **Rates per room**

Room 1: Guest room, 1 King (Henri Saunders - 1 adults, 0 children)

| Mon, Jul 10 | $99.92 |
| --- | --- |
| Tue, Jul 11 | $99.92 |

» **Costs & Fees**

| Subtotal | $199.84 |
| --- | --- |
| Tax Recovery Charges & Service Fees | $65.27 |
| Total | $265.11 |

» **Payment Info**

| Payment Method | MasterCard |
| --- | --- |
| Card Number | •••••••••••7652 |
| Amount Charged | $265.11 |

Your card was charged in United States Dollars

This payment will be processed in the United States and will appear on your statement as "cci*HOTEL@GETAROOM".

» **Billing Address**

| Name | Henri M Saunders |
| --- | --- |
| Address | 6525 Perkins Rd Baton Rouge, LA 70808 |
| Phone | +1 225-408-1979 |

» **Cancellation Policy**

Each room in this reservation is subject to the hotel's cancellation policy which is: Cancellations before 07/06/2017, 12:00 PM (America/Chicago) are fully refundable. Bookings cancelled after 07/06/2017, 12:00 PM (America/Chicago) are subject to a fee of 1 night's room and tax. There is no refund for no-shows or early checkouts.

» **Booking Ref. Number**

125566654



# (800) 345-2028

Your reservation is confirmed, and is paid in full.          **Confirmation Number: R828975822**
Thank you for using NewOrleans.com!

An email has been sent to cmoeller@saunderschabert.com



**Q&C Hotel**
**Q&C Hotel**

★★★☆☆

344 Camp Street New Orleans, LA 70130

Total Charge **$132.55**
Check In **Monday, Jul 10, 2017**
Check Out **Tuesday, Jul 11, 2017**
Adults **1**

**Your Receipt**

## Q&C Hotel

| Guest | Cheyenne Meek |
|---|---|
| Arrive | Monday, July 10, 2017 |
| Depart | Tuesday, July 11, 2017 |
| Adults | 1 |
| Room | 1 Guest room, 1 King |

**»**
**Rates per room**

Room 1: Guest room, 1 King (Cheyenne Meek - 1 adults, 0 children)

| Mon, Jul 10 | $99.92 |
|---|---|

**»**
**Costs & Fees**

| Subtotal | $99.92 |
|---|---|
| Tax Recovery Charges & Service Fees | $32.63 |
| Total | $132.55 |

**»**
**Payment Info**

| Payment Method | MasterCard |
|---|---|
| Card Number | ••••••••••••7652 |
| Amount Charged | $132.55 |

Your card was charged in United States Dollars

This payment will be processed in the United States and will appear on your statement as *cci*HOTEL@GETAROOM*.

**»**
**Billing Address**

| Name | Cynthia Ray |
|---|---|
| Address | 6525 Perkins Rd<br>Baton Rouge, LA 70808 |
| Phone | +1 225-408-1979 |

**»**
**Cancellation Policy**

Each room in this reservation is subject to the hotel's cancellation policy which is: Cancellations
before 07/06/2017, 12:00 PM (America/Chicago) are fully refundable. Bookings cancelled after
07/06/2017, 12:00 PM (America/Chicago) are subject to a fee of 1 night's room and tax. There is no
refund for no-shows or early checkouts.

**»**
**Booking Ref. Number**

125598084



# (800) 345-2028

List    Reservations    Sign Out

**Reservation Details**

Your reservation is confirmed, and is paid in full.    **Confirmation Number: R828978834**
Thank you for using NewOrleans.com!



**Q&C Hotel**
**Q&C Hotel**

★★★☆☆
344 Camp Street New Orleans, LA 70130

**Your Receipt**

Total Charge **$174.30**
Check In **Monday, Jul 10, 2017**
Check Out **Tuesday, Jul 11, 2017**
Adults **2**

## Q&C Hotel

| Guest | Kelvin Dunn |
|---|---|
| Arrive | Monday, July 10, 2017 |
| Depart | Tuesday, July 11, 2017 |
| Adults | 2 |
| Room | 1 Guest room, 2 Queen |

**»**
**Rates per room**

| Room 1: Guest room, 2 Queen (Kelvin Dunn - 2 adults, 0 children) | |
|---|---|
| Mon, Jul 10 | $131.71 |

**»**
**Costs & Fees**

| Subtotal | $131.71 |
|---|---|
| Tax Recovery Charges & Service Fees | $42.59 |
| Total | $174.30 |

**»**
**Payment Info**

| Payment Method | MasterCard |
|---|---|
| Card Number | ************7652 |
| Amount Charged | $174.30 |

Your card was charged in United States Dollars

This payment will be processed in the United States and will appear on your statement as "cci*HOTEL@GETAROOM*.

**»**
**Billing Address**

| Name | Henri M Saunders |
|---|---|
| Address | 6525 Perkins Rd Baton Rouge, LA 70808 |
| Phone | +1 225-408-1979 |

**»**
**Cancellation Policy**

Each room in this reservation is subject to the hotel's cancellation policy which is: Cancellations before 07/06/2017, 12:00 PM (America/Chicago) are fully refundable. Bookings cancelled after 07/06/2017, 12:00 PM (America/Chicago) are subject to a fee of 1 night's room and tax. There is no refund for no-shows or early checkouts.

**»**
**Booking Ref. Number**

125564012

## 5. B. Henri M. Saunders

5472 KELVIN DUNN - MILEAGE                                          119.84

CENAC + DUCOTE
MILEAGE

E-XP·

6/19/17          14029          HENRI M SAUNDERS                                    $119.84

# YOUR TRIP TO:

6525 Perkins Rd, Baton Rouge, LA 70808-4259

**3 HR 50 MIN** | **214 MI**

**Est. fuel cost: $12.30**

*Please reimb. Hms mileage.*
CB

5472 Kelvin Dunn     6|19|17
Depositions of Ronnie Ducote and Dr. Chris Cenac, Jr.

Ⓐ  6525 Perkins Rd, Baton Rouge, LA 70808-4259

**1.** Start out going **southeast** on Perkins Rd/LA-427 toward Moss Side Pl.

Then 0.91 miles

0.91 total miles

**2.** Turn **left** onto LA-3064/Essen Ln.
*LA-3064 is 0.1 miles past Silverside Dr.*

*If you are on Perkins Rd and reach Bles Ave you've gone about 0.2 miles too far.*

Then 0.94 miles

1.85 total miles

**3.** Merge onto I-10 E toward New Orleans.
*If you are on Essen Ln and reach N Essen Heights Ct you've gone about 0.1 miles too far.*

Then 69.59 miles

71.44 total miles

**4.** Keep **right** to take I-10 E toward New Orleans/Business District.

Then 3.54 miles

74.98 total miles

**5.** Keep **right** to take I-10 E toward Slidell.

Then 0.47 miles

75.45 total miles

**6.** Merge onto Poydras St via EXIT 234B on the **left** toward Superdome.

Then 0.64 miles

76.09 total miles

**7.** Make a **U-turn** onto Poydras St.
*If you reach Loyola Ave you've gone a little too far.*

Then 0.20 miles

76.29 total miles

8. 1615 POYDRAS S~~STE 1040 is on the **right**.
Your destination is just past S Robertson St.

If you reach Magnolia St you've gone a little too far.

1615 Poydras St, STE 1040

This leg of your trip is:
**1 hour 12 minutes · 76.29 miles**

Start of next leg of route

9. Start out going **northwest** on Poydras St toward Magnolia St.

Then 0.32 miles

76.61 total miles

10. Merge onto I-10 W via the ramp on the left toward **Baton Rouge**.

Then 13.66 miles

90.27 total miles

11. Merge onto I-310 S via EXIT 220 toward **Boutte/Houma**.

Then 11.91 miles

102.18 total miles

12. Take the US-90 W exit toward **Houma**.

Then 0.48 miles

102.66 total miles

13. Take US-90 W.

Then 21.45 miles

124.11 total miles

14. Take the **LA-182** exit, EXIT 210, toward **Houma**.

Then 0.31 miles

124.42 total miles

15. Keep **left** to take the ramp toward **Houma**.

Then 0.05 miles

124.48 total miles

16. Turn **left** onto Highway 182/LA-182. Continue to follow LA-182.

Then 8.13 miles

132.61 total miles

17. Stay **straight** to go onto New Orleans Blvd/LA-182.

Then 0.06 miles

132.67 total miles

18. Take the 1st **left** onto Main St.

Then 0.21 miles

132.88 total miles

19. Turn **right** onto Liberty St.
If you reach Dunn St you've gone a little too far.

Then 0.24 miles

133.12 total miles

← 20. Turn left onto School St.

*School St is just past Belanger St.*

*If you reach Verret St you've gone a little too far.*

Then 0.03 miles

133.14 total miles

21. 1001 SCHOOL ST.

*If you reach Dunn St you've gone a little too far.*

1001 School St, Houma, LA 70360-4629

This leg of your trip is:

**1 hour 1 minute · 56.85 miles**

Start of next leg of route

22. Start out going west on School St toward Liberty St.

Then 0.39 miles

133.53 total miles

↱ 23. Take the **3rd right** onto Barrow St/LA-182. Continue to follow Barrow St.

*Barrow St is just past Gabasse St.*

*If you reach Roussell St you've gone about 0.1 miles too far.*

Then 0.24 miles

133.77 total miles

← 24. Turn left onto Park Ave/LA-24. Continue to follow Park Ave.

Then 13.03 miles

146.80 total miles

↑ 25. Park Ave becomes LA-20.

Then 20.16 miles

166.96 total miles

↱ 26. Turn right onto Highway 3127/LA-3127.

*Highway 3127 is 0.2 miles past Health Unit St.*

*If you are on LA-20 and reach Stan St you've gone about 0.2 miles too far.*

Then 2.28 miles

169.24 total miles

← 27. Turn left onto Highway 3213/LA-3213.

Then 6.76 miles

176.00 total miles

← 28. Turn left onto E Airline Hwy/US-61 N. Continue to follow US-61 N.

*US-61 N is 0.1 miles past LA-3213 Spur.*

Then 8.92 miles

184.92 total miles

⇈ 29. Merge onto I-10 W toward **Baton Rouge**.

Then 26.59 miles

211.50 total miles

**EXIT**   **30.** Take the LA-30⋯Essen Lane exit, EXIT 160.

Then 0.38 miles

211.88 total miles

**EXIT**   **31.** Keep left to take the ramp toward **OLOL Medical Cntr and College/LSU Rural Life Museum.**

Then 0.02 miles

211.91 total miles

**32.** Turn left onto LA-3064/Essen Ln.

Then 1.01 miles

212.92 total miles

**33.** Turn right onto Perkins Rd/LA-427.
*Perkins Rd is 0.1 miles past Anselmo Ln.*

Then 0.93 miles

213.85 total miles

**34.** 6525 Perkins Rd, Baton Rouge, LA 70808-4259, 6525 PERKINS RD is on the right.

*If you reach Quail Dr you've gone about 0.1 miles too far.*

**6525 Perkins Rd, Baton Rouge, LA 70808-4259**

This leg of your trip is:
**1 hour 35 minutes · 80.70 miles**

Use of directions and maps is subject to our <u>Terms of Use</u>. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.





Book a hotel tonight and save with some great deals!

(1-877-577-5766)



Car trouble mid-trip?
MapQuest Roadside
Assistance is here:

(1-888-461-3625)

# 5. C. Office Depot

654172

E

**Office DEPOT**
**OfficeMax** Dun

Trial
materi

OFFICE DEPOT STORE# 259
3116 College Drive
Baton Rouge, LA 70808
(225) 927-0034

07/05/2017    17.5.2         11:30 AM
STR 259    REG 3    TRN 4998    EMP 874067
--------------------------------
SALE
Product ID      Description      Total
666013   TAB,POST-IT,DU
   2 @ 7.79                 15.58
            You Pay           15.58SS
196517   PPR,X-9,11",10        55.99 SS
213022   BDR,INP,VW,4",
   3 @ 18.99                 56.97
            You Pay           56.97SS
212365   BDR,INP,VW,2",
   3 @ 11.49                 34.47
            You Pay           34.47SS
213022   BDR,INP,VW,4",      18.99
   Promotion                -18.99
            You Pay           0.00SS
212365   BDR,INP,VW,2",      11.49
   Promotion                -11.49
            You Pay           0.00SS

         Subtotal:          163.01
Sales Tax:                   16.30
            Total:          179.31
AMEX Corp (PO) 0002:         179.31

AUTH CODE 820344
TDS Chip Read
AID A000000025010801 AMERICAN EXPRESS
TVR 0000008000
CVS Signature Verified
*******************************************
Angelle Weiff 1210852263
 Please create your online rewards
 account at officedepot.com/rewards.
 You must complete your account to
 claim your rewards and view your
 status.

      Total Savings:
         $30.48

*******************************************
      WE WANT TO HEAR FROM YOU!

   Participate in our online customer
    survey and receive a coupon for
    **$10 off your next qualifying
    purchase of $50 or more on
   office supplies, furniture and more.**
  (Excludes Technology. Limit 1 coupon per
        household/business.)

# 5. D. Photocopies

# 5. E. Trial Exhibit J8 – University of Texas Medical Branch

University of Texas Medical Branch at Galveston
October 23, 2015

5472

ATTN HENRI M SAUNDERS
SAUNDERS & CHABERT
6525 PERKINS RD
BATON ROUGE LA 70808

TEL:  225-771-8100

RE:       562448N  Dunn, Kelvin P          CHARGES:     452.41

PREPAYMENT REQUIRED (see attached invoice)

PLEASE RETURN YOUR ORIGINAL REQUEST DOCUMENTATION WITH THE
PREPAYMENT TO THE FOLLOWING ADDRESS (PAYMENTS ONLY):

UTMB
DEPT. 762 - 4
P.O. BOX 660120
DALLAS, TX 75266-0120

All other correspondence can be mailed to (no payments
should be mailed to this address please):

UTMB attn. ROI
301 University Blvd.
Galveston, TX 77555-0782

For all requests handled and processed at utmbHealth
Angleton Danbury Campus, please remit payment to the
address:

utmbHealth Angleton
DEPT. 762-7
P.O. BOX 660120
DALLAS, TX 75266-0120

There will be a $25.00 fee imposed for all returned checks.

University of Texas Medical Branch at Galveston
October 23, 2015

ATTN HENRI M SAUNDERS
SAUNDERS & CHABERT
6525 PERKINS RD
BATON ROUGE LA 70808                    TEL:  225-771-8100

FEES ARE DUE WITHIN 30 DAYS OF THE INVOICED DATE.
PLEASE REMIT PAYMENT TO (There is a $25 fee for all returned
checks):

UTMB
DEPT. 762 - 4
P.O. BOX 660120
DALLAS, TX. 75266-0120

UTMB Tax ID: 746000949

All other correspondence can be mailed to (no payments
should be mailed to this address please):

UTMB attn. ROI
301 University Blvd.
Galveston, TX 77555-0782

For all requests handled and processed at utmbHealth
Angleton Danbury Campus, please remit payment to the
following
address:

utmbHealth Angleton
DEPT 762 - 7
P.O. BOX 660120
DALLAS, TX 75266-0120

          I N V O I C E  no:  1510-204  10/23/2015
          ------------------------------------------

| PATIENT NAME | MR NUMBER | DISCHARGED DATE | RECEIVED DATE | AMOUNT CHARGED | BALANCE |
|---|---|---|---|---|---|

University of Texas Medical Branch at Galveston
October 23, 2015

Invoice 1510-204 continues for:  Saunders & Chabert

| PATIENT NAME | MR NUMBER | DISCHARGED DATE | RECEIVED DATE | AMOUNT CHARGED | BALANCE |
|---|---|---|---|---|---|
| Dunn, Kelvin P | 562448N | | 10/09/2015 | 452.41 | 452.41 |
| Basic fee | 1 @ | $45.88 | = | 45.88 | |
| cst pr/pg 11-60 | 50 @ | $1.54 | = | 77.00 | |
| cst pr/pg61-400 | 340 @ | $0.76 | = | 258.40 | |
| cst pr/pg 400+ | 117 @ | $0.41 | = | 47.97 | |
| Aff/Notary Fee | 1 @ | $5.00 | = | 5.00 | |
| Aff/Prep. Fee | 1 @ | $1.00 | = | 1.00 | |
| Postage | 1 @ | $17.16 | = | 17.16 | |
| TOTAL | | | | $452.41 | $452.41 |

12577

5472 KELVIN DUNN - RECS

452.41

11/5/15     12577          UTMB

$452.41



**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

**IBERIABANK**
84-7041-2652

12577

Memo:     562448N - KELVIN P DUNN

DATE

AMOUNT

Nov 5, 2015

$     452.41

PAY    Four Hundred Fifty-Two and 41/100 Dollars

TO THE     UTMB
ORDER OF  DEPT 762-4
          PO BOX 660120
          DALLAS, TX 75266-0120

AUTHORIZED SIGNATURE

⑈012577⑈ ⑈265270413⑈ 2000084567⑈

Security features. Details on back.

**5. F.  Trial Exhibit J9 – Bone & Joint Clinic of Baton Rouge**

**Prepayment Invoice**

## Medical Records, Bills, and/or Radiographic Images

*We require advance payment for copies of medical records, billing records, and films. Please send a check payable to Bone and Joint Clinic of Baton Rouge and the records will be promptly forwarded. If prepayment is not received within 60 days of invoice, request will be voided .(EXCEPTION: PREPAY NOT REQUIRED FOR SUBPOENAED RECORDS)*

**BONE & JOINT C]**
**OF BATON ROUGE**
P. O. Box 98035
Baton Rouge, LA 70898
Tax ID 72-1111762

**Date**   February 22, 2017

**Requestor Information**

| | |
|---|---|
| Name: | Henri Saunders |
| Company: | Saunders & Chabert |
| Fax #: | 771-8101 |

**Patient Information**

Kelvin Dunn                         DOB   10/7/1975
Your Reference No.                      5472
Patient #              75079289
Doctor(s)

15-Broyles 16-McCarthy

**Description of Records**

☑ Medical        2/12/16-present        ☑ Billing        *same*

## Copying Charges

Pursuant to LA R.S. 40:1165.1

Total # pages   97

| Description | Amount |
|---|---|
| 25 pages @ $1/pg for the first 25 pages | $25.00 |
| 72 pages @ $0.50/pg for pages 26-350 | $36.00 |
| pages @ $0.25/pg for all pages thereafter | $0.00 |
| 1 Radiology CD (optional) *An entry on the above line simply indicates that a film CD(s) is available for the dates you requested. To order paper records only, simply send a check for Total 1 below.* | $10.00 |
| Rush Fee (if applicable)- $100 same day/$50 next day production | $0.00 |

Please attach a copy of this form to your check to avoid delays in processing.

| | | |
|---|---|---|
| | Postage | $5.55 |
| | Processing Fee | $25.00 |
| Total 1 | | |
| 97    pages, no CD | | $91.55 |
| Total 2 | | |
| 97   pages, plus CD(s) | | $101.55 |

**RECORDS ARE AVAILABLE IMMEDIATELY UPON RECEIPT OF THIS INVOICE.** If you would like to pick up these records, please contact the Medical Records Department (see below).

Other Notes:

Please contact the Medical Records Department, with any questions or concerns.
Direct email: medicalrecords@bjcbr.com
Phone: 225-766-0050    Fax: 225-819-5098

SAUNDERS LTD.
A PROFESSIONAL CORP

1375

5472 KELVIN DUNN - RECS

101.55

2/23/17          13754          BONE & JOINT CLINIC OF BATON ROUGE

$101.5

---

SAUNDERS LTD.
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

13754

Memo:    75079289; KELVIN DUNN

DATE                AMOUNT

Feb 23, 2017

$        101.55

PAY  One Hundred One and 55/100 Dollars

TO THE
ORDER OF    BONE & JOINT CLINIC OF BATON ROUGE
            PO BOX 98035
            BATON ROUGE, LA 70898

AUTHORIZED SIGNATURE

⑆013754⑆ ⑈265270413⑈ 200008456 71⑈

# 5. G. Trial Exhibit J10 – Peak Performance Physical Therapy



SOUTHERN MEDICAL DOCUMENT SOLUTIONS

PO Box 85260, Baton Rouge, LA 70884

## INVOICE #LA099 69942

Invoice Date  11/30/2016

Process Status  **Processed**

Case #  5472

Status **Submitted**

| | |
|---|---|
| Requestor | Clinic |
| Saunders & Chabert | CLINIC LA099 PEAK PHYSICAL THERAPY |
| 6525 Perkins Rd | 11320 Industriplex Blvd |
| Baton Rouge, LA 70808 | Baton Rouge, LA 70809 |
| Phone    225-771-8100 | Phone |
| Fax        225-771-8101 | Fax        225-246-8730 |

| Patient | Payment Due | Payment Terms |
|---|---|---|
| Kelvin Dunn | 12/30/2016 | Due Upon Receipt |

| Product | Quantity | Unit Price | Line Total |
|---|---|---|---|
| Legal Flat rate envelope stamps.com (priority mail) | 1 | $5.75 | $5.75 |
| Handling Fee | 1 | $25.00 | $25.00 |
| page fee 1-25 | 25 | $1.00 | $25.00 |
| page fee 26-350 | 136 | $0.50 | $68.00 |

Cert; records and bills; 9.2.15 - pres (161 pages)(DD)

| | |
|---|---|
| Services Total | $0.00 |
| Products Total | $123.75 |
| Taxes | $0.00 |
| Refund | $0.00 |
| **Invoice Total** | **$123.75** |

Thank you for your business
### PAYABLE TO:
## Southern Medical Document Solutions PO Box 85260, Baton Rouge, LA 70884
TAX ID No. 20-3985668
**Phone 225-766-0046  Fax 225-767-6777**

CANCELLATION OF A REQUEST MAY BE SUBJECT TO A HANDLING CHARGE OF $25.00 FOR TREATMENT RECORDS OR $10.00 FOR IMAGING RECORDS, UNDER LA R.S. 40:1165.1.

FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH YOUR PAYMENT OR WRITE INVOICE NUMBER ON YOUR CHECK.

**Please Note:**  This information has been disclosed to you from records that are protected by state and federal laws and regulations. The federal rules prohibit you from making any further disclosure of protected information unless further disclosure is expressly permitted by written consent of the person to whom it pertains, or is otherwise permitted by law.

SAUNDERS LTD
A PROFESSIONAL CORP

13558

5472 KELVIN DUNN - RECS

123.75

12/13/16          13558          SOUTHERN MEDICAL DOCUMENT SOLUTIONS

$123.75

---

13558

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

**IBERIABANK**
84-7041/2652

DATE                AMOUNT

Memo:    INV LA099 69942; KELVIN DUNN

Dec 13, 2016          $          123.75

PAY One Hundred Twenty-Three and 75/100 Dollars

TO THE        SOUTHERN MEDICAL DOCUMENT SOLUTIONS LLC
ORDER OF  PO BOX 85260
              BATON ROUGE, LA 70884

AUTHORIZED SIGNATURE

⑈013558⑈ ⑆265270413⑆ 200008456711⑈

# 5. H. Trial Exhibit J11 – Baton Rouge Orthopedic Clinic



## MedSouth
### Record Management
P.O. Box 1630
Mandeville, LA 70470-1630

**Pre-Bill Invoice**

Corporate Office 985-951-7100
Fax : 985-951-7101

| Invoice Number | LA21704062017154655 |
|---|---|
| Date | 04/06/2017 |
| Site ID | LA217 |
| Invoice Amount | $63.87 |
| Processed By | LRM |

| **Bill To:** HENRI SAUNDERS |
|---|
| SAUNDERS & CHABERT |
| 6525 PERKINS ROAD |
| BATON ROUGE, LA 70808 |

| **Ship To:** |
|---|
| SAUNDERS & CHABERT |
| 6525 PERKINS ROAD |
| BATON ROUGE, LA 70808 |

Your request for medical records has been received  by BATON ROUGE ORTHOPEDIC CLINIC. MedSouth Record Management, LLC is contracted with BATON ROUGE ORTHOPEDIC CLINIC to provide you with the enclosed medical record copies of the referenced patient below.  These copies were generated from the original medical record, intended exclusively for the requested purpose and cannot be reproduced or redistributed for other purposes without the written informed consent of the patient.

If you have any questions regarding the contents and/or this invoice please call our customer service center at 985.951.7100.

| **Medical Facility:** |
|---|
| BATON ROUGE ORTHOPEDIC CLINIC |
| 8080 BLUEBONNET BLVD.  SUITE 1000 |
| BATON ROUGE, LA 70810 |

| **Patient Name (Last, First):** | **Date of Birth:** |
|---|---|
| DUNN, KELVIN | 10/07/1975 |

| **Medical Record Number:** |
|---|
| 298790 |

| **Reference Number(s):** |
|---|
| 5472 |

| Page Count | 47 |
|---|---|
| Processing Fee | $25.00 |
| Document Charge | $36.00 |
| Certification Charge | $0.00 |
| Notary Charge | $0.00 |
| Other Charges | $0.00 |
| Late Charges | $0.00 |
| Subtotal | $61.00 |
| Shipping/Handling | $2.87 |
| Balance Due | $63.87 |

Your request was processed.  Please remit payment of this invoice amount to the address listed below.  Once payment is received, your request will be completed. I have any questions, please call our customer service center at 985-951-7100.

**Please note:  Cancelled requests will incur a processing fee.**

Please remit check payable to:

**MedSouth Record Management, LLC**
**Federal Tax I.D. #: 72-1481471**

**Mailing address:**

P.O. Box 1630
Mandeville, LA 70470-1630

**Physical address for express mailing:**

#5 Sanctuary Boulevard, Suite 102
Mandeville, LA 70471

To ensure proper credit, please return a copy of this invoice with payment, or write the invoice number on your check.  To make a credit card payment, please contact our Corporate Office at 985.951.7100.

**SAUNDERS LTD.**
A PROFESSIONAL CORP

13912

5472 KELVIN DUNN - RECS

63.87



4/25/17          13912          MEDSOUTH RECORD MANAGEMENT

$63.87

---

13912

**SAUNDERS LTD.**
A PROFESSIONAL CORP
OPERATING ACCOUNT
6525 PERKINS ROAD
BATON ROUGE, LA 70808
225-771-8100

IBERIABANK
84-7041/2652

Memo:   LA21704062017154655; KELVIN DU

| DATE | AMOUNT |
|------|--------|
| Apr 25, 2017 | $    63.87 |

PAY  Sixty-Three and 87/100 Dollars

TO THE
ORDER OF  MEDSOUTH RECORD MANAGEMENT
PO BOX 1630
MANDEVILLE, LA  70470-1630

AUTHORIZED SIGNATURE

⑆013912⑆  ⑆265770L13⑆   300000⑈ 50 0 ⑈ ⑈